IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
    v.    )   CASE NO. 2:10-CR-247-WKW
    )
JOHN EARLY DAVIS    )

## **ORDER**

Before the court is Defendant's motion for early termination of supervised release.  (Doc. # 76.)  The Government does not object to the motion and represents that Mr. Davis  supervising probation supports the motion.  (Doc. # 79.)  For the reasons to follow, the motion is due to be granted.

Under 18 U.S.C. § 3583(e)(1), the court may terminate a term of supervised release under specified conditions.  The defendant must have completed one year of supervised release, and the court must find, after considering various factors in 18 U.S.C. § 3553(a), that "such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).

In September, 2011, Mr. Davis was sentenced to 120 months' imprisonment and 4 years' supervised release on his convictions for conspiracy to possess with intent to distribute and distribute methamphetamine, in violation of 21 U.S.C. § 846, and for Felon in possession of a firearm 18 U.S.C. § 922(g)(1) and Possession of a firearm in furtherance of a drug trafficking crime 18: U.S.C. § 924(c)(1)(A).  Mr.

Davis now has served more than a year and a half of his supervised-release term. His compliance with the terms of supervised release and his improved behavior while on supervision have been duly considered.  The court also has weighed the applicable § 3553(a) factors—particularly the nature and circumstances of the offense and the history and characteristics of Mr. Davis.  After fully considering the statutory requirements, and there being no objection to the motion, the court finds that the interest of justice and Mr. Davis's conduct warrant early termination of his term of supervised release.

Accordingly, it is ORDERED that Mr. Davis's motion for early termination of supervised release (Doc. # 76) is GRANTED and that his previously imposed term of supervised release is TERMINATED as of this date.

DONE this 10th day of August, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE